UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No. 0:21-cv-61344-RKA

D.N., by her next friends, JESSICA N.,
mother, and GARY N., father,

                        Plaintiff,

    v.

GOVERNOR RONALD DESANTIS,
in his official capacity as Governor of Florida;
FLORIDA HIGH SCHOOL ATHLETIC
ASSOCIATION; BROWARD COUNTY
SCHOOL BOARD; SUPERINTENDENT
ROBERT RUNCIE, in his official capacity as
Superintendent of Broward County Public
Schools; FLORIDA STATE BOARD OF
EDUCATION; and COMMISSIONER
RICHARD CORCORAN, in his official capacity
as Commissioner of Education,

                        Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

      In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Rosalyn Richter of the law firm of Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019, (212) 836-8000, for purposes of appearance as co-counsel on behalf of Plaintiff D.N., by her next friends, Jessica N., mother, and Gary N., father, in the above-styled case only, and

1

pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Rosalyn Richter to receive electronic filings in this case, and in support thereof states as follows:

1. Rosalyn Richter is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar as well as the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, and the United States District Court for the Southern District of New York.

2. Movant Jason A. Ross, Esquire, of the law firm of Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Avenue NW, Washington, D.C. 20001, (202) 942-5000, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Rosalyn Richter has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Rosalyn Richter, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Rosalyn Richter at email address: Rosalyn.Richter@arnoldporter.com.

WHEREFORE, Jason A. Ross moves this Court to enter an Order for Rosalyn Richter to appear before this Court on behalf of Plaintiff D.N., by her next friends, Jessica N., mother, and Gary N., father, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Rosalyn Richter.

DATED:  July 1, 2021                                                       Respectfully submitted,

/s/ *Jason A. Ross*
Jason A. Ross
Fla. Bar No. 59466
Jason.Ross@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Counsel for D.N., by her next friends, Jessica N., mother, and Gary N., father*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 1, 2021, that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing was electronically filed with the Clerk of the Court by using the CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

> /s/ *Jason A. Ross*
> Jason A. Ross

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No. 0:21-cv-61344-RKA

D.N., by her next friends, JESSICA N., mother, and GARY N., father,

           Plaintiff,

v.

GOVERNOR RONALD DESANTIS, in his official capacity as Governor of Florida; FLORIDA HIGH SCHOOL ATHLETIC ASSOCIATION; BROWARD COUNTY SCHOOL BOARD; SUPERINTENDENT ROBERT RUNCIE, in his official capacity as Superintendent of Broward County Public Schools; FLORIDA STATE BOARD OF EDUCATION; and COMMISSIONER RICHARD CORCORAN, in his official capacity as Commissioner of Education,

           Defendants.

## CERTIFICATION OF ROSALYN RICHTER

Rosalyn Richter, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar, as well as the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, and the United States District Court for the Southern District of New York; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                           */s/ Rosalyn Richter*  
                                                           Rosalyn Richter, Esq.  
                                                           New York Bar No. 1674233

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

**Case No. 0:21-cv-61344-RKA**

| | |
|---|---|
| D.N., by her next friends, JESSICA N., mother, and GARY N., father,<br><br>                             Plaintiff,<br><br>   v.<br><br>GOVERNOR RONALD DESANTIS, in his official capacity as Governor of Florida; FLORIDA HIGH SCHOOL ATHLETIC ASSOCIATION; BROWARD COUNTY SCHOOL BOARD; SUPERINTENDENT ROBERT RUNCIE, in his official capacity as Superintendent of Broward County Public Schools; FLORIDA STATE BOARD OF EDUCATION; and COMMISSIONER RICHARD CORCORAN, in his official capacity as Commissioner of Education,<br><br>                             Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Rosalyn Richter, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Rosalyn Richter may appear and participate in this action on behalf of Plaintiff D.N., by her next friends, Jessica N., mother, and Gary N., father. The Clerk shall provide electronic notification of all electronic filings to Rosalyn Richter at Rosalyn.Richter@arnoldporter.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record