UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61334-CIV-ALTMAN/Hunt

**D.N.**, *by her next friends*, **JESSICA N.**,
*mother*, and **GARY N.**, *father*,

 *Plaintiff*,

v.

**GOVERNOR RONALD DESANTIS**,
*in his official capacity as Governor of*
*Florida*, *et al.*,

 *Defendants.*
_____/

## ORDER IN CASES WITH MULTIPLE PLAINTIFFS AND MULTIPLE DEFENDANTS

To better manage the orderly progress of the case, the Court hereby **ORDERS** as follows:

1. The Plaintiff(s) in this case shall file proof of service, as to each Defendant, within seven days of perfecting service on each Defendant.

2. The co-Plaintiffs and co-Defendants shall file their responses and motions jointly.

   a. If conflicts of position exist, the co-Plaintiffs or co-Defendants shall file a *motion for leave to file separate responses or motions*, in which they must describe what those conflicts are.

   b. If the co-Plaintiffs or co-Defendants need more than twenty pages for their joint responses or motions, they shall file a *motion for leave to file excess pages*, which the Court will consider expeditiously.

3. The co-Defendants may file separate *answers* to the complaint.[1] The time for responsive pleadings—for all Defendants—begins to run when the last Defendant is served.

4. The co-Plaintiffs may file separate *answers* to counterclaims.

5. Failure to comply with these procedures may result in sanctions, including the striking of the motion(s) or response(s).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 1st day of July 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1] If the Defendants file a joint response or motion, it must contain *all* bases for dismissal, stay, abstention, or other relief the Defendants intend to raise. Nothing in this Order precludes the Defendants from later raising (non-waivable) jurisdictional defenses.