UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

D.N., by her next friends, JESSICA N.,
mother, and GARY N., father,

        Plaintiff,                Civil Case No. 21-CV-61344

        v.

GOVERNOR RONALD DESANTIS,
et al.,

        Defendants.
_____/


**MOTION OF THE CHRISTIAN FAMILY COALITION (CFC) FLORIDA, INC.,
FOR LEAVE TO FILE BRIEF AMICUS CURIAE IN SUPPORT OF
DEFENDANT GOVERNOR RONALD DESANTIS AND OTHER
STATE GOVERNMENTAL DEFENDANTS SEEKING
<u>DISMISSAL OF THE COMPLAINT IN THIS ACTION</u>**

      Without opposition from any party, the Christian Family Coalition (CFC) Florida, Inc. ("Amicus" or "CFC"), hereby moves for leave to file its attached Amicus Brief in support of defendant Governor Ronald DeSantis and other defendants seeking dismissal of the complaint in this action pursuant to Fed.R.Civ.P. 12(b)(6). Plaintiff and all defendants responding to counsel's email have consented to the filing of CFC's Amicus Brief, as detailed in the Certificate below under S.D.Fla. Civil Rule 7.1(a)(3).

      The Amicus Brief will assist this Court in resolving the pending motion to dismiss. Amicus was actively involved in lobbying in the Florida State Legislature for passage of the legislation at issue in this case. Amicus, a non-profit Florida corporation, is a human rights and social justice advocacy organization representing over 500,000 fair-minded

voters and citizens in the State of Florida. Amicus actively seeks to protect human rights and social justice in litigation, political forums, schooling and education, and society generally. Amicus and the 500,000+ citizens it represents have an acute interest in ensuring fairness, equality of opportunity, justice, and human rights in the forums and institutions of society and government. In pursuit of these interests, Amicus and the 500,000+ citizens it represents have a special interest in ensuring the fairness in education and sporting activities that the legislation at issue in this action was designed to protect.

The strong public interest in the issues raised in this action should permit the amicus filing, especially from Amicus which represents over 500,000 concerned citizens. In a case of this wide-ranging public significance, dealing with the constitutionality of State-wide legislation and its effect on sports participation throughout the State, this Court should hear the views of all interested citizens.

For the foregoing reasons, this Court should grant this motion and should permit the filing of the attached Amicus Brief. [1]

### CERTIFICATE PURSUANT TO S.D.FLA. CIVIL RULE 7.1(a)(3)

All parties responding to counsel's request for consent to file the Amicus Brief have consented. Three defendants have not responded. By email to all counsel of record, as shown on the docket sheet, on August 23, 2021 at 11:04 AM, undersigned

---

[1] No counsel or other representative or agent of any party in this case authored any part of the attached Amicus Brief or exercised any form of control or approval over the attached Amicus Brief or any portion of it. No person or entity, aside from Amicus or its counsel, made a monetary contribution to the preparation or submission of the attached Amicus Brief.

counsel for Amicus requested the consent.  Consent was received from counsel for plaintiff and for defendants Governor DeSantis, Florida State Board of Education, and Commissioner Corcoran.  No response was received from defendants Broward County School Board, its Superintendent, or Florida High School Athletic Association.

Dated:  August 23, 2021                              Respectfully submitted,

                                                                LAW OFFICE OF DENNIS GROSSMAN
Attorney for Amicus, Christian Family
Coalition (CFC) Florida, Inc.

by:  /s/ Dennis Grossman
       Dennis Grossman
6701 Sunset Drive (#104)
Miami, Florida 33143
(516) 466-6690
dgrossmanlawoffice@aol.com
Florida Bar No. 0841811