**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-61344-CIV-ALTMAN/Hunt**

D.N., by her next friends, JESSICA N.,
mother, and GARY N., father,

    Plaintiff,

v.

GOVERNOR RONALD DESANTIS,
in his official capacity as Governor of
Florida; *et al.*,

    Defendants.

_____/

**JOINT CONFERENCE REPORT**

On August 18 and 30, 2021, Plaintiff, D.N., and Defendants, Governor Ronald DeSantis, Commissioner of Education Richard Corcoran, the State Board of Education, the Broward County School Board, Interim Superintendent of Broward County Public Schools Vickie Cartwright, and the Florida High School Athletics Association, through their counsel, met and conferred via videoconference and telephone to discuss the development of a discovery plan and other matters as required by Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b). Counsel for Plaintiff and Defendants hereby submit this Joint Conference Report for the Court's consideration.

**I.**    **Proposed case management track.**

Pursuant to Local Rule 16.1(a)(4), the parties jointly recommend that this case proceed on the Standard Track.

II.     **Discovery scope and limitations.**

The parties do not presently request any modifications to the limitations on discovery imposed by the Local Rules or Federal Rules of Civil Procedure. The parties intend to conduct discovery to the extent allowed by the Federal Rules of Civil Procedure.

III.    **Initial disclosures and discovery timeline.**

The parties' proposal regarding the litigation schedule required by Local Rule 16.1(b)(2) is set forth below:

| Initial Rule 26(a)(1) Disclosures | October 1, 2021 |
|---|---|
| Join Parties and Amend Pleadings | November 1, 2021 |
| Exchange of Initial Expert Reports | January 24, 2022 |
| Exchange of Rebuttal Expert Reports | February 22, 2022 |
| Close of Discovery | March 18, 2022 |
| Final Rule 26(a)(3) Disclosures | March 21, 2022 |
| File Pretrial Motions | April 4, 2022 |
| Resolution of Pretrial Motions | May 27, 2022 |
| Pretrial Conference | June 1, 2022 |
| Trial | June 13, 2022 |

In addition, Defendants request a brief stay of discovery (other than initial disclosures) until this Court enters an order resolving the Defendants' Joint Motion to Dismiss (ECF No. 33), but in no event beyond November 1, 2021.

*Defendants' position*: A brief stay of discovery would conserve public resources while the Court considers a substantial motion that Defendants believe might prove case dispositive. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997) ("Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should, however, be resolved before discovery begins." (footnote omitted)). A

brief stay of discovery will not impede a determination of plaintiff's claims before the next school year begins in August 2022.

*Plaintiff's position*: This is an as-applied challenge to a new statute and defendants have refused to state whether it will be applied to the plaintiff while she is in middle school. Nor have they agreed to preserve the situation as it existed before the law was passed while we litigate the motion to dismiss. To ensure that this matter is tried expeditiously and that a decision is issued before the start of the coming school year, plaintiff opposes a stay of discovery while the motion to dismiss is *sub judice* but will consent to stay discovery through Sept. 30, 2021. That will allow the parties to draft the necessary confidentiality orders. In any event, the non-expert discovery should not consume significant resources.

**IV.    Likelihood of settlement.**

At this time, the parties submit that a settlement is unlikely.

**V.    Likelihood of appearance of additional parties.**

The parties do not presently anticipate the appearance of additional parties.

**VI.    Proposals for the formulation and simplification of issues.**

The parties propose that all summary-judgment motions be filed and resolved within the deadlines for filing and resolving all other pretrial motions, as set forth in Section III above. Otherwise, the parties offer no additional proposals at this time, but will continue to pursue any reasonable methods to simplify the issues as the case proceeds.

Plaintiff reserves the right to seek preliminary injunctive relief and that is separate from any other motion deadline set forth in this scheduling order.

**VII.    Necessity of amendments to the pleadings.**

At this time, the parties do not anticipate amending the pleadings.

**VIII.    Possibility of obtaining admission of fact and of documents which will avoid unnecessary proof, stipulations regarding authenticity, and the need for advance rulings from the Court on admissibility of evidence.**

The parties are not yet able to stipulate to facts or to the authenticity of documents, and there is no need at this time for advance rulings from the Court regarding the admissibility of evidence. Counsel for the parties will meet and confer regarding these matters as the litigation progresses.

**IX.    Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

Should it become necessary as this litigation progresses, counsel for the parties will confer regarding the development of an agreed protocol for the collection, review, and production of electronically stored information (ESI). The parties do not anticipate, however, that this case will require extensive discovery of ESI. Otherwise, the parties do not have further suggestions at this time, but will meet and confer as needed regarding these matters as the litigation progresses.

**X.    Suggestions on the advisability of referring matters to a Magistrate Judge.**

The parties agree to submit discovery disputes, if any, to a Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A). The parties request that all other matters be decided by the District Judge.

**XI.    Estimated time needed for trial.**

The parties estimate that five days will be needed for trial.

**XII.    Treatment of electronically stored information.**

The parties agree to preserve ESI as required by law. Counsel for the parties will confer regarding the development of an agreed protocol for the collection, review, and production of ESI, including the form or forms in which ESI should be produced.

**XIII.    Claims of privilege and Rule 502 Order.**

The parties recognize that they may inadvertently disclose privileged material in the course of litigation. To mitigate the damage of such inadvertent disclosures, the parties incorporate into

their joint proposed scheduling order an Order under Federal Rule of Evidence 502(d) to protect against waiver of the attorney-client privilege and the work-product doctrine. To further mitigate the damage cause by the inadvertent production of privileged or otherwise protected information, the parties intend to confer regarding a clawback agreement.

**XIV. <u>Protective Order.</u>**

The parties recognize that the disclosure of sensitive or confidential information will be necessary in this litigation. The parties intend to jointly prepare and submit to the Court a proposed protective order governing procedures for the exchange and use of sensitive or confidential information in this proceeding. The parties agree that information that is confidential under state or federal law will not be disclosed before the Court enters a protective order that authorizes its disclosure and protects its confidentiality.

                                                                                   Respectfully submitted,

| /s/ *Jason A. Ross* | /s/ *Andy Bardos* |
|---|---|
| Jason A. Ross | Andy Bardos (FBN 822671) |
| Florida Bar No. 59466 | andy.bardos@gray-robinson.com |
| jason.ross@arnoldporter.com | Ashley H. Lukis (FBN 106391) |
| Arnold & Porter Kaye Scholer LLP | ashley.lukis@gray-robinson.com |
| 601 Massachusetts Avenue N.W. | GRAYROBINSON, P.A. |
| Washington, D.C. 20001 | P.O. Box 11189 |
| Telephone: 202-942-5000 | Tallahassee, Florida 32302-3189 |
| Facsimile: 202-942-5999 | Telephone: 850-577-9090 |
| *Attorneys for Plaintiff, D.N.* | *Attorneys for Defendants, Florida State Board of Education and Commissioner Corcoran* |

/s/ *Rosalyn Richter*
Rosalyn Richter*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019
Telephone: 212-836-8000
Facsimile: 212-836-9689
rosalyn.richter@arnoldporter.com
*Attorneys for Plaintiff*, *D.N.*


/s/ *Kent A. Yalowitz*
Kent A. Yalowitz*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019
Telephone: 212-836-8000
Facsimile: 212-836-9689
kent.yalowitz@arnoldporter.com
*Attorneys for Plaintiff*, *D.N.*


/s/ *Jason Starr*
Jason Starr*
Human Rights Campaign Fund
1640 Rhode Island Avenue N.W.
Washington, D.C. 20036
Telephone: 202-568-5762
Facsimile: 202-628-0517
jason.starr@hrc.org
*Attorneys for Plaintiff*, *D.N.*

/s/ *Raymond F. Treadwell*
James W. Uthmeier (FBN 113156)
General Counsel
Raymond F. Treadwell (FBN 93834)
Chief Deputy General Counsel
Joshua E. Pratt (FBN 119347)
Deputy General Counsel
EXECUTIVE OFFICE OF THE GOVERNOR
Office of General Counsel
The Capitol, PL-5
400 South Monroe Street
Tallahassee, FL 32399
Phone: (850) 717-9310
Facsimile: (850) 488-9810
James.Uthmeier@eog.myflorida.com
Ray.Treadwell@eog.myflorida.com
Joshua.Pratt@eog.myflorida.com
Gov.Legal@eog.myflorida.com
*Attorneys for Governor Ron DeSantis*, *in his official capacity as Governor of the State of Florida*


/s/ *Anastasia Protopapadakis*
Anastasia Protopapadakis, FBN 051426
anastasia.protopapadakis@gray-robinson.com
GrayRobinson, P.A.
333 S.E. 3rd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
*Attorneys for Defendants*, *Broward County School Board and Superintendent of Broward County Public Schools*

6

/s/ *Sarah Warbelow*
Sarah Warbelow*
Human Rights Campaign Fund
1640 Rhode Island Avenue N.W.
Washington, D.C. 20036
Telephone: 202-572-8981
Facsimile: 202-628-0517
sarah.warbelow@hrc.org
*Attorneys for Plaintiff*, *D.N.*

\* Admitted pro hac vice

/s/ *Barry A. Postman*
BARRY A. POSTMAN
*TRIAL COUNSEL*
Fla. Bar No: 991856
/s/ *Jessica DeBono Anderson*
JESSICA DEBONO ANDERSON
Fla. Bar No.: 58503
Cole, Scott & Kissane, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810

Primary Email:
Barry.Postman@csklegal.com
Secondary Email:
Jessica.Anderson@csklegal.com
Secondary Email:
Cynthia.Acuna-Nelson@csklegal.com
Telephone: (321) 972-0034
Facsimile: (321) 972-0099
*Attorneys for Defendant*, *Florida High School Athletic Association*

/s/ *Leonard E. Ireland, Jr.*
Leonard E. Ireland, Jr.
Florida Bar No. 104630
18 Northwest 33rd Court
Gainesville, Florida 32607
(352) 376-4694 (Telephone)
(352) 371-7366 (Facsimile)
Lireland@Clayton-Johnston.com
Tbrehm@Clayton-Johnson.com
*Attorneys for Defendant*, *Florida High School Athletic Association*