UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-61344-CIV-ALTMAN/Hunt

D.N., by her next friends, JESSICA N.,
mother, and GARY N., father,

      Plaintiff,

v.

GOVERNOR RONALD DESANTIS,
in his official capacity as Governor of
Florida; *et al*.,

      Defendants.
_____/

## SCHEDULING ORDER

Having considered the Joint Conference Report prepared by the parties, the Court enters this Scheduling Order:

This case should be placed on the Standard Case Management Track described in Local Rule 16.1(a)(2)(B). All fact discovery shall be completed by **March 18, 2022**.

1.     The initial disclosures set forth in Rule 26(a) of the Federal Rules of Civil Procedure will be made by **October 1, 2021**.

2.     The parties shall have until **November 1, 2021**, to join other parties and/or to amend pleadings

3.     *Defendants' position:* Discovery other than initial disclosures is stayed until the Court enters an order resolving the Defendants' Joint Motion to Dismiss (ECF No. 33), or until November 1, 2021, whichever is earlier.

*Plaintiff's position:* Discovery other than initial disclosures is stayed through September 30, 2021.

4. Expert Disclosures:

   A. Expert disclosures required by Federal Rule of Civil Procedure 26(a)(2) shall be made by **January 24, 2022**.

   B. All parties shall serve any expert rebuttal reports by **February 22, 2022**.

5. The parties shall make their disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) by **March 21, 2022.**

6. Any motions for summary judgment or other pretrial motions shall be filed by **April 4, 2022**, and will be resolved by **May 27, 2022**.

7. A pretrial conference will be held on **June 1, 2022**.

8. Trial will be scheduled to commence the week of **June 13, 2022**.

9. The parties intend to jointly prepare and submit to the Court a proposed protective order governing procedures for the exchange and use of sensitive or confidential information in this proceeding. The parties agree that information that is confidential under state or federal law will not be disclosed before the Court enters a protective order that authorizes its disclosure and protects its confidentiality.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_\_\_ day of September 2021

_____
ROY K. ALTMAN
United States District Judge

Copies furnished:
All Counsel of Record