UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-61344-CIV-ALTMAN/Hunt

D.N., by her next friends, JESSICA N.,
mother, and GARY N., father,

    Plaintiff,

v.

GOVERNOR RONALD DESANTIS,
in his official capacity as Governor of
Florida; *et al.*,

    Defendants.
_____/

## JOINT MOTION FOR CLARIFICATION OF SCHEDULING ORDER

All parties respectfully move the Court for clarification of the deadline to file pretrial motions, including motions for summary judgment, and to consent to trial and final disposition by the Magistrate Judge.

1. In its Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (ECF No. 41) (the "Scheduling Order"), the Court set this case for trial during the Court's two-week trial calendar beginning on June 20, 2022. ECF No. 41 at 1.

2. In the same Order, the Court established June 22, 2022, as the deadline to file pretrial motions, including motions for summary judgment, and to consent to trial and final disposition by the Magistrate Judge. *Id*. at 2–3.[1]

---

[1] The deadline to file motions *in limine*, other than *Daubert* motions, is May 26, 2022. ECF No. 41 at 2.

3. Since this deadline falls within the two-week trial calendar, the parties presume that the Scheduling Order contains a clerical error and respectfully request that the Court adjust the deadline to file pretrial motions and to consent to trial and final disposition by the Magistrate Judge to a date in advance of trial.

4. In their Joint Conference Report, the parties proposed April 4, 2022, as the deadline to file pretrial motions. ECF No. 40 at 2. The parties would be agreeable to the substitution of April 4, 2022, for the June 22, 2022 deadline in the Court's Scheduling Order.

5. In addition, the parties merely note for clarity that they have not requested and do not seek a jury trial. Therefore, the parties will not be submitting proposed jury instructions by the June 6 deadline in the Scheduling Order, but will submit all other documents necessary for a non-jury trial by that deadline.

**WHEREFORE**, the parties respectfully move the Court for clarification of the deadline to file pretrial motions, including motions for summary judgment, and to consent to trial and final disposition by the Magistrate Judge.

Respectfully submitted,

/s/ *Jason A. Ross*
Jason A. Ross
Florida Bar No. 59466
jason.ross@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue N.W.
Washington, D.C. 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
*Attorneys for Plaintiff, D.N.*

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
Ashley H. Lukis (FBN 106391)
ashley.lukis@gray-robinson.com
GRAYROBINSON, P.A.
P.O. Box 11189
Tallahassee, Florida 32302-3189
Telephone: 850-577-9090
*Attorneys for Defendants, Florida State Board of Education and Commissioner Corcoran*

/s/ *Rosalyn Richter*
Rosalyn Richter*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019
Telephone: 212-836-8000
Facsimile: 212-836-9689
rosalyn.richter@arnoldporter.com
*Attorneys for Plaintiff*, D.N.


/s/ *Kent A. Yalowitz*
Kent A. Yalowitz*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019
Telephone: 212-836-8000
Facsimile: 212-836-9689
kent.yalowitz@arnoldporter.com
*Attorneys for Plaintiff*, D.N.


/s/ *Raymond F. Treadwell*
James W. Uthmeier (FBN 113156)
General Counsel
Raymond F. Treadwell (FBN 93834)
Chief Deputy General Counsel
Joshua E. Pratt (FBN 119347)
Deputy General Counsel
EXECUTIVE OFFICE OF THE GOVERNOR
Office of General Counsel
The Capitol, PL-5
400 South Monroe Street
Tallahassee, FL 32399
Phone: (850) 717-9310
Facsimile: (850) 488-9810
James.Uthmeier@eog.myflorida.com
Ray.Treadwell@eog.myflorida.com
Joshua.Pratt@eog.myflorida.com
Gov.Legal@eog.myflorida.com
*Attorneys for Governor Ron DeSantis*, *in his official capacity as Governor of the State of Florida*


/s/ *Jason Starr*
Jason Starr*
Human Rights Campaign Fund
1640 Rhode Island Avenue N.W.
Washington, D.C. 20036
Telephone: 202-568-5762
Facsimile: 202-628-0517
jason.starr@hrc.org
*Attorneys for Plaintiff*, D.N.

/s/ *Anastasia Protopapadakis*
Anastasia Protopapadakis, FBN 051426
anastasia.protopapadakis@gray-robinson.com
GrayRobinson, P.A.
333 S.E. 3rd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
*Attorneys for Defendants*, *Broward County School Board*

/s/ *Sarah Warbelow*
Sarah Warbelow*
Human Rights Campaign Fund
1640 Rhode Island Avenue N.W.
Washington, D.C. 20036
Telephone: 202-572-8981
Facsimile: 202-628-0517
sarah.warbelow@hrc.org
*Attorneys for Plaintiff*, *D.N.*

* Admitted pro hac vice

/s/ *Barry A. Postman*
BARRY A. POSTMAN
*TRIAL COUNSEL*
Fla. Bar No: 991856
/s/ *Jessica DeBono Anderson*
JESSICA DEBONO ANDERSON
Fla. Bar No.: 58503
Cole, Scott & Kissane, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810

Primary Email:
Barry.Postman@csklegal.com
Secondary Email:
Jessica.Anderson@csklegal.com
Secondary Email:
Cynthia.Acuna-Nelson@csklegal.com
Telephone: (321) 972-0034
Facsimile: (321) 972-0099
*Attorneys for Defendant*, *Florida High School Athletic Association*

/s/ *Leonard E. Ireland*, *Jr.*
Leonard E. Ireland, Jr.
Florida Bar No. 104630
18 Northwest 33rd Court
Gainesville, Florida 32607
(352) 376-4694 (Telephone)
(352) 371-7366 (Facsimile)
Lireland@Clayton-Johnston.com
Tbrehm@Clayton-Johnson.com
*Attorneys for Defendant*, *Florida High School Athletic Association*