**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-61344-CIV-ALTMAN/Hunt**

D.N., by her next friends, JESSICA N.,
mother, and GARY N., father,

      Plaintiff,

 v.

GOVERNOR RONALD DESANTIS,
in his official capacity as Governor of Florida;
FLORIDA HIGH SCHOOL ATHLETIC
ASSOCIATION; BROWARD COUNTY
SCHOOL BOARD; FLORIDA STATE BOARD
OF EDUCATION; and COMMISSIONER
RICHARD CORCORAN, in his official capacity
as Commissioner of Education,

      Defendants.

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

  The parties, pursuant to Federal Rule of Civil Procedure 26(c), jointly move the Court for the entry of the parties' proposed Stipulated Protective Order[1] which governs certain confidential information and documents related to this case. The proposed Stipulated Protective Order specifies the conditions under which private, sensitive, and/or legally confidential documents and information in possession of the parties must be exchanged, used, and protected in this litigation, and authorizes the parties to disclose that information in furtherance of this litigation.

  The proposed Stipulated Protective Order is justified by Rule 26(c) and is necessary in

---

[1] The proposed Stipulated Protective Order is attached hereto and will also be submitted to chambers via e-mail pursuant to Section 3I(6) of the CM/ECF Administrative Procedures.

order for the parties to timely proceed with discovery due to the confidential and sensitive nature of the issues in this litigation and the interest in protecting the privacy and identity of the minor transgender plaintiff.

WHEREFORE, the parties respectfully request that the Court approve and enter the Stipulated Protective Order.

Dated: October 19, 2021

Respectfully submitted,

/s/ *Jason A. Ross*
Jason A. Ross (FBN 59466)
Jason.Ross@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
*Counsel for D.N., by her next friends,*
*Jessica N., mother, and Gary N., father*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Jason A. Ross*
Jason A. Ross (FBN 59466)

## SERVICE LIST

James W. Uthmeier
Raymond F. Treadwell
Joshua E. Pratt
Executive Office of the Governor
Office of General Counsel
The Capitol, PL-5
400 South Monroe Street
Tallahassee, FL 32399
Phone: (850) 717-9310
Facsimile: (850) 488-9810
**James.Uthmeier@eog.myflorida.com**
**Ray.Treadwell@eog.myflorida.com**
**Joshua.Pratt@eog.myflorida.com**
**Gov.Legal@eog.myflorida.com**
*Attorneys for Governor Ron DeSantis, in his official capacity as Governor of the State of Florida*

Andy Bardos
Ashley H. Lukis
GRAYROBINSON, P.A.
P.O. Box 11189
Tallahassee, Florida 32302-3189
Telephone: 850-577-9090
**andy.bardos@gray-robinson.com**
**ashley.lukis@gray-robinson.com**
*Attorneys for Defendants, Florida State Board of Education*
*and Commissioner Corcoran*

Anastasia Protopapadakis
GRAYROBINSON, P.A.
333 S.E. 3rd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
**anastasia.protopapadakis@gray-robinson.com**
*Attorneys for Defendants, Broward County School Board*

Leonard E. Ireland, Jr.
Florida Bar No. 104630
18 Northwest 33rd Court
Gainesville, Florida 32607
(352) 376-4694 (Telephone)
(352) 371-7366 (Facsimile)
**Lireland@Clayton-Johnston.com**
*Attorneys for Defendant, Florida High School Athletic Association*

Barry A. Postman
Jessica DeBono Anderson
Cole, Scott & Kissane, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
**Barry.Postman@csklegal.com**
**Jessica.Anderson@csklegal.com**
**Cynthia.Acuna-Nelson@csklegal.com**
*Attorneys for Defendant, Florida High School Athletic Association*

Dennis Grossman, Esq.
6701 Sunset Drive (#104)
Miami, Florida 33143
**dgrossmanlawoffice@aol.com**
*Attorney for Amicus, Christian Family Coalition (CFC) Florida, Inc.*

Christiana Holcomb
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
**cholcomb@adflegal.org**
*Attorney for Proposed Intervenor Selina Soule*

Jonathan Scruggs
Ryan Bangert
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(440) 444-0020
**jscruggs@adflegal.org**
**rbangert@adflegal.org**
*Attorneys for Proposed Intervenor Selina Soule*

Joseph Scott Van de Bogart
Van de Bogart Law, P.A.
2850 North Andrews Avenue
Fort Lauderdale, FL 33311
954-567-6032
Fax: 954-568-2152
**joseph@vandebogartlaw.com**
*Attorney for Proposed Intervenor Selina Soule*