**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 21-cv-61344-ALTMAN/Hunt

D.N. by her next friends, JESSICA N.,
mother, and GARY N., father,

    Plaintiff,

v.

GOVERNOR RONALD DESANTIS,
In his official capacity of Governor of Florida;
FLORIDA HIGH SCHOOL ATHLETIC
ASSOCIATION; BROWARD COUNTY SCHOOL
BOARD; FLORIDA STATE BOARD OF
EDUCATION; and COMMISSIONER RICHARD
CORCORAN, in his official capacity as
Commissioner of Education,

    Defendants.
_____/

**MEDIATOR'S REPORT**

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held via video conference on January 25, 2022, and all of the parties or their representatives were present, and the matter was not settled as between Plaintiff and Defendants Governor Ronald DeSantis, Florida State Board of Education and Commissioner Richard Corcoran. The matter was adjourned for further discussions between Plaintiff and the Florida High School Athletic Association and Broward County School Board.

                                        Respectfully Submitted,

                                        LICHTER LAW FIRM
                                        2999 NE 191st, Suite 330
                                        Aventura, FL 33180
                                        (305) 356-7555

                                        By: /s/ David Lichter, Esq.
                                              David H. Lichter, Esq.,
                                              *Mediator*

*Case No:. 21-61344*

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 25, 2022, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

*Via Email:*
[Cynthia.weaver@hrc.org](mailto:Cynthia.weaver@hrc.org)
[Jason.Starr@hrc.org](mailto:Jason.Starr@hrc.org)
[Sarah.Warbelow@hrc.org](mailto:Sarah.Warbelow@hrc.org)
Cynthia Cheng-Wun Weaver, Esq.
Jason Starr, Esq.
Sarah Warbelow, Esq.
Human Rights Campaign
1640 Rhode island Avenue NW
Washington, D.C. 20036

*Co-Counsel for Plaintiff*

*Via Email:*
[Rosalyn.Richter@arnoldporter.com](mailto:Rosalyn.Richter@arnoldporter.com)
[Jason.ross@arnoldporter.com](mailto:Jason.ross@arnoldporter.com)
[Kent.yalowitz@arnoldportner.com](mailto:Kent.yalowitz@arnoldportner.com)
Rosalyn Richter, Esq.
Jason A. Ross, Esq.
Kent Yalowitz, Esq.
Arnold & Porter Kaye Scholer LLP
250 W. 55th Street
*Counsel for Plaintiff*

*Via Email*
[LIreland@Clayton-Johnston.com](mailto:LIreland@Clayton-Johnston.com)
Leonard E. Ireland, Esq.
Clayton-Johnston
18 N.W. 33rd Ct
Gainesville, FL 32607

*Co-Counsel for Defendant Florida High School Athletic Association*

*Via Email*
[Andy.Bardos@gray-robinson.com](mailto:Andy.Bardos@gray-robinson.com)
[Ashley.hoffman@gray-robinson.com](mailto:Ashley.hoffman@gray-robinson.com)
Andre Velosy Bardos, Esq.
Ashley Hoffman Lukis, Esq.
GrayRobinson, P.A.
301 S. Bronough St., Suite 600
Tallahassee, FL 32301
*Co-Counsel for Defendants Gov. Ronald DeSantis, Florida State Board of Education and Commissioner Ronald Corcoran*

*ViaEmail:*
[ray.treadwell@eog.myflorida.com](mailto:ray.treadwell@eog.myflorida.com)
[Joshua.pratt@eog.myflorida.com](mailto:Joshua.pratt@eog.myflorida.com)
Raymond Frederick Treadwell, Esq.
Joshua Elliot Pratt, Esq.
Executive Office of the Governor
400 S. Monroe Street, The Capital
Suite 209
Tallahassee, FL 32399
Co-*Counsel for Defendant Governor Ronald DeSantis*

*Case No:. 21-61344*

*Via Email:*
[Barry.postman@csklegal.com](mailto:Barry.postman@csklegal.com)
Barry Postman, Esq.
Cole Scott & Kissane
222 Lakeview Avenue, Suite 120
W. Palm Beach, FL 33417

*Co-Counsel for Florida High School Athletic Association*

*ViaEmail:*
[Anastasia.protopapadakis@gray-robinson.com](mailto:Anastasia.protopapadakis@gray-robinson.com)
Anastasia Protopapadakis, Esq.
GrayRobinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131

*Via Email:*
[dagrossmanlaw@aol.com](mailto:dagrossmanlaw@aol.com)
Denis Allan Grossman
14 Bond Street, Suite 600
Great Neck, NY 11021

*Counsel for Amicus Christian Family Coalition (CFC) Florida, Inc.*

*Via Email:*
[rbangert@adflegal.org](mailto:rbangert@adflegal.org)
[jscruggs@adflegal.org](mailto:jscruggs@adflegal.org)
Ryan Bangert, Esq.
Jonathan Scruggs, Esq.
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

*Co-Counsel for Intervenor Selina Soule*

*Via Email:*
[cholcomb@adflegal.org](mailto:cholcomb@adflegal.org)
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, D.C. 20001

*Co-Counsel for Intervenor Selina Soule*

[joseph@vandebogartlaw.com](mailto:joseph@vandebogartlaw.com)
Joseph Scott Van de Bogart, Esq.
Van de Bogart Law, P.A.
2850 North Andrews Avenue
Ft. Lauderdale, FL 33311

*Co-Counsel for Intervenor Selina Soule*

   /s/ David Lichter, Esq.
   David H. Lichter, Esq.
   Florida Bar No. 359122