UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-61344-CIV-ALTMAN/Hunt**

D.N., by her next friends, JESSICA N.,
mother, and GARY N., father,

    Plaintiff,

v.

GOVERNOR RONALD DESANTIS,
in his official capacity as Governor of
Florida; *et al*.,

    Defendants.

_____/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS FLORIDA HIGH SCHOOL ATHLETIC ASSOCIATION, GOVERNOR RONALD DESANTIS, AND BROWARD COUNTY SCHOOL BOARD**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, hereby stipulates to dismissal without prejudice of all claims and causes of action against Defendants, Florida High School Athletic Association, Governor Ronald DeSantis, and Broward County School Board. Plaintiff and Defendants, Florida High School Athletic Association, Governor Ronald DeSantis, and Broward County School Board, agree to bear their own attorneys' fees and costs in this matter through the date of dismissal.

There is no opposition to this stipulation from the remaining Defendants, Commissioner Richard Corcoran and Florida State Board of Education, who have been notified of this stipulation, and who agree not to assert any defenses arising from the dismissal of the other three defendants.[1]

---

[1] Immediately prior to the Court's paperless order of February 1, 2022, the parties had agreed, as part of this stipulation, that the parties would not seek any further ruling on parts V, VI,

WHEREFORE, the parties respectfully request that the Court approve and enter this Stipulation of Dismissal Without Prejudice.

Respectfully submitted,

/s/ *Jason A. Ross*
Jason A. Ross
Florida Bar No. 59466
jason.ross@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue N.W.
Washington, D.C. 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
*Attorneys for Plaintiff, D.N.*

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
Ashley H. Lukis (FBN 106391)
ashley.lukis@gray-robinson.com
GRAYROBINSON, P.A.
P.O. Box 11189
Tallahassee, Florida 32302-3189
Telephone: 850-577-9090
*Attorneys for Defendants, Florida State Board of Education and Commissioner Corcoran, and Governor Ronald DeSantis*

/s/ *Rosalyn Richter*
Rosalyn Richter*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019
Telephone: 212-836-8000
Facsimile: 212-836-9689
rosalyn.richter@arnoldporter.com
*Attorneys for Plaintiff, D.N.*

/s/ *Anastasia Protopapadakis*
Anastasia Protopapadakis, FBN 051426
anastasia.protopapadakis@gray-robinson.com
GrayRobinson, P.A.
333 S.E. 3rd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
*Attorneys for Defendants, Broward County School Board*

\* admitted pro haec vice

---

and VII of Defendants' Motion to Dismiss (ECF No. 33). The parties will not seek to reassert such arguments unless the dismissed parties are brought back into the litigation.

/s/ *Jessica DeBono Anderson*
JESSICA DEBONO ANDERSON
Fla. Bar No.: 58503
Cole, Scott & Kissane, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Jessica.Anderson@csklegal.com
Telephone: (321) 972-0034
Facsimile (321) 972-0099
*Attorneys for Defendant, Florida High School Athletic Assocation*

All of the Defendants' counsel authorized Plaintiff's counsel to submit electronic signatures for counsel on this stipulation

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this _____ day of _____, 2022, a true and correct copy of the foregoing document shall be sent via electronic mail to Andy Bardos, Esq., Ashley H. Lukis, Esq., and GRAYROBINSON, P.A., andy.bardos@gray-robinson.com, ashley.lukis@gray-robinson.com, P.O. Box 11189, Tallahassee, Florida 32302-3189, *as Attorneys for Defendants*, *Florida State Board of Education and Commissioner Corcoran*, General Counsel, James W. Uthmeier, Esq., Chief Deputy General Counsel, Raymond F. Treadwell, Esq., Deputy General Counsel, Joshua E. Pratt, Esq., and EXECUTIVE OFFICE OF THE GOVERNOR, Office of General Counsel, James.Uthmeier@eog.myflorida.com, Ray.Treadwell@eog.myflorida.com, Joshua.Pratt@eog.myflorida.com, Gov.Legal@eog.myflorida.com, The Capitol, PL-5, 400 South Monroe Street, Tallahassee, FL 32399, *as Attorneys for Governor Ron DeSantis*, *in his official capacity as Governor of the State of Florida*, and Anastasia Protopapadakis, Esq., and GrayRobinson, P.A., anastasia.protopapadakis@gray-robinson.com, 333 S.E. 3rd Avenue, Suite 3200, Miami, Florida 33131, *as Attorneys for Defendants*, *Broward County School Board*, Barry A. Postman, Esq., Jessica DeBono Anderson, Esq., and Cole, Scott & Kissane, P.A., barry.postaman@csklegal.com, jessica.anderson@csklegal.com, Tower Place, 1900 Summit Tower Boulevard, Suite 400, Orlando, FL 32810, *as Attorneys for Defendants, Defendant, Florida High School Athletic Association*, and Leonard Ireland, Jr., and Clayton-Johnson, P.A., lireland@clayton-johnson.com, 18 Northwest 33rd Court, Gainesville, FL 332607, *as Attorneys for Defendants*, *Broward County School Board,* Cynthia Cheng-Wun Weaver, Jason Starr, Sarah Warbelow, Human Rights Campaign 1640 Rhoda Island Ave. NW Washington, D.C. 20036 Cynthia.weaver@hrc.org   Jason.Starr@hrc.org   Sarah.Warbelow@hrc.org, and Denis Allan

Grossman, 14 Bond St. Suite 600 Great Neck, NY 11021 *as counsel for Amicus Christian Family Coalition (CFC), Florida, Inc*. dagrossmanlaw@aol.com.

/s/_____