UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-61344-CIV-ALTMAN/Hunt

D.N., by her next friends, JESSICA N., mother, and GARY N., father,

    Plaintiff,

v.

GOVERNOR RONALD DESANTIS, in his official capacity as Governor of Florida; *et al.*,

    Defendants.

_____/

**[PROPOSED] ORDER DISMISSING DEFENDANTS FLORIDA HIGH SCHOOL ATHLETIC ASSOCIATION, GOVERNOR RONALD DESANTIS, AND BROWARD COUNTY SCHOOL BOARD WITHOUT PREJUDICE**

Plaintiff has stipulated to dismiss Florida High School Athletic Association, Governor Ronald DeSantis, and Broward County School Board as Defendants in this action. Accordingly, the Court dismisses Plaintiff's claims against Defendants, Florida High School Athletic Association, Governor Ronald DeSantis, and Broward County School Board without prejudice, with each party to bear its own attorneys' fees and costs in this matter through the date of this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2022.

 

                                                                                         _____
                                                                                THE HONORABLE ROY K. ALTMAN
                                                                                     United States District Judge