UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-61344-CIV-ALTMAN/Hunt

**D.N.**, *by her next friends*, **JESSICA N.**, *mother*, and **GARY N.**, *father*,

    Plaintiff,

v.

**GOVERNOR RONALD DESANTIS**, *in his official capacity as Governor of Florida*; *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The parties filed a Stipulation of Dismissal Without Prejudice as to Defendants Florida High School Athletic Association, Governor Ronald DeSantis, and Broward County School Board [ECF No. 89] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that the claims against Defendants Florida High School Athletic Association, Governor Ronald DeSantis, and the Broward County School Board are **DISMISSED without prejudice**. Each party shall bear its own fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 7th day of February 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record