UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-61344-CIV-ALTMAN/Hunt

D.N., by her next friends, JESSICA N., mother,
and GARY N., father,

    Plaintiff,

v.

FLORIDA STATE BOARD OF EDUCATION,
*et al.*,

    Defendants.
_____/

DEFENDANTS' RESPONSE TO NOTICE
OF SUPPLEMENTAL AUTHORITY (ECF NO. 161)

*B.P.J. v. West Virginia State Board of Education*, No. 23-1078 (4th Cir. Apr. 16, 2024), is inapplicable because it is inconsistent with *Adams v. School Board of St. Johns County*, 57 F.4th 791 (11th Cir. 2022) (en banc).

    *First*, the Fourth Circuit did not require a showing of discriminatory purpose, even though the challenged law was facially neutral as to gender identity. In this circuit, when the alleged classification does not appear on the face of the statute, a plaintiff who claims an equal-protection violation must plead not only disparate impact, but also discriminatory purpose. *Id.* at 808–11. Indeed, this Court granted leave to amend *solely* to allow Plaintiff another chance to plausibly allege discriminatory purpose.

    *Second*, the Fourth Circuit treated the plaintiff's challenge as an as-applied challenge cabined to the plaintiff's individual circumstances. As this Court has correctly observed, *Adams* forecloses that approach here, ECF No. 137 at 6–8, as do the additional authorities cited by Defendants, ECF No. 160 at 5–8.

    *Third*, the Fourth Circuit did not consider whether biological males and biological females are similarly situated for purposes of athletic competition. Plaintiff here cannot sidestep that prerequisite. *See Adams*, 57 F.4th at 803 n.6.

Dated April 30, 2024.                                    Respectfully submitted,

/s/ *Anastasia Protopapadakis*
Anastasia Protopapadakis (FBN 051426)
anastasia.protopapadakis@gray-robinson.com
GRAYROBINSON, P.A.
333 S.E. 3rd Avenue, Suite 3200
Miami, Florida 33131
Telephone: 305-416-6880
*Attorneys for Defendants, Broward County School Board and Superintendent Licata*

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
Ashley H. Lukis (FBN 106391)
ashley.lukis@gray-robinson.com
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
*Attorneys for Defendants, Florida State Board of Education and Commissioner Diaz*

/s/ *Henry C. Whitaker*
Ashley Moody
*Attorney General*
Henry C. Whitaker (FBN 1031175)
*Solicitor General*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
*Attorneys for Defendants, Florida State Board of Education and Commissioner Diaz*

/s/ *Jessica DeBono Anderson*
JESSICA DEBONO ANDERSON
Fla. Bar No.: 58503
BARRY A. POSTMAN
Fla. Bar No: 991856
Cole, Scott & Kissane, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Primary Email:
Barry.Postman@csklegal.com
Secondary Email:
Jessica.Anderson@csklegal.com
Secondary Email:
Cynthia.Acuna-Nelson@csklegal.com
Telephone: (321) 972-0037
Facsimile: (321) 972-0099
*Attorneys for Defendant, Florida High School Athletic Association*

2