UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-61344-CIV-ALTMAN/Hunt**

D.N., by her next friends, JESSICA N., mother,
and GARY N., father,

      Plaintiff,

v.

FLORIDA STATE BOARD OF EDUCATION,
*et al.*,

      Defendants.
_____/

**DEFENDANTS' RESPONSE TO NOTICE
OF SUPPLEMENTAL AUTHORITY (ECF NO. 163)**

    *Doe v. Ladapo* is irrelevant because it says nothing about SB 1028 or the Legislature's motivation in passing SB 1028. As a matter of law, discriminatory animus cannot be divined from statements that legislators made about bills *other than* the challenged law. ECF No. 153 at 9–12. *Doe*'s assessment of statements made about a different bill enacted at a different legislative session is therefore not probative of whether the Legislature acted with animus when it enacted SB 1028 in 2021—two years before it enacted the law challenged in *Doe*. Moreover, the central legislative interest in this case—meaningful biological differences between males and females in the context of athletic participation—was wholly absent in *Doe*.

    Finally, while Plaintiff contends that the statements cited in *Doe* bear a "striking similarity" to those referenced in Plaintiff's amended complaint, ECF No. 163 at 2, they are in fact dissimilar to any statements made in passing SB 1028. *Compare* ECF No. 140 ¶¶ 52–62, *with Doe*, 2024 WL 2947123, at *17–19. Defendants have explained why the statements cited in Plaintiff's amended complaint do not begin to suggest discriminatory animus toward transgender girls. ECF No. 153 at 8–9.

Dated July 2, 2024.                                              Respectfully submitted,

/s/ *Anastasia Protopapadakis*
Anastasia Protopapadakis (FBN 051426)
anastasia.protopapadakis@gray-robinson.com
GRAYROBINSON, P.A.
333 S.E. 3rd Avenue, Suite 3200
Miami, Florida 33131
Telephone: 305-416-6880
*Attorneys for Defendants, Broward County School Board and Superintendent Licata*

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
Ashley H. Lukis (FBN 106391)
ashley.lukis@gray-robinson.com
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
*Attorneys for Defendants, Florida State Board of Education and Commissioner Diaz*

/s/ *Henry C. Whitaker*
Ashley Moody
*Attorney General*
Henry C. Whitaker (FBN 1031175)
*Solicitor General*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
henry.whitaker@myfloridalegal.com
*Attorneys for Defendants, Florida State Board of Education and Commissioner Diaz*

/s/ *Jessica DeBono Anderson*
JESSICA DEBONO ANDERSON
Fla. Bar No.: 58503
BARRY A. POSTMAN
Fla. Bar No: 991856
Cole, Scott & Kissane, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Primary Email:
Barry.Postman@csklegal.com
Secondary Email:
Jessica.Anderson@csklegal.com
Secondary Email:
Cynthia.Acuna-Nelson@csklegal.com
Telephone: (321) 972-0037
Facsimile: (321) 972-0099
*Attorneys for Defendant, Florida High School Athletic Association*